**STATE of Missouri, Plaintiff-Respondent,**

v.

**Alfred BENSON, Jr., Defendant-Appellant.**

**No. 49190.**

Missouri Court of Appeals, Eastern District, Division One.

Nov. 19, 1985.

David J. Kueter, Steelville, for defendant-appellant.

William L. Webster, Carrie Francke, Jefferson City, for plaintiff-respondent.

**ORDER**

PER CURIAM.

Defendant appeals from a conviction of assault in the second degree, in violation of § 565.060 RSMo. 1978. An extended opinion would be of no jurisprudential value.

Judgment affirmed. Rule 30.25(b).